# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
# (UTICA)

| | |
|---|---|
| Nancy C.,<br>*Plaintiff*,<br><br>vs.<br><br><br>Martin J. O'Malley,<br>Commissioner of Social Security,<br>*Defendant*. | Case 6:24-cv-00307-TWD<br><br><br><br>**Joint Stipulation and Order for Remand** |

### Joint Stipulation and Order for Remand Pursuant to the Fourth Sentence of 42 U.S.C. § 405(g)

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Parties also agree that the plaintiff is not a minor.

Dated: July 18, 2024

By: */s/ Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: */s/ Peter W Antonowicz*

Peter W. Antonowicz
Office of Peter W. Antonowicz
148 West Dominick Street
Rome, NY 13440
315-337-4008
Fax: 315-334-9592
Email: peter@disabilitya-z.com

**So Ordered:**

_____   7/22/2024
**Magistrate Judge Therese Wiley Dancks**   **DATE**